# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
### No. 19-1250V

UNPUBLISHED

| | |
|---|---|
| TERESA GARCIA,<br><br>　　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>　　　　　　　Respondent. | Chief Special Master Corcoran<br><br>Filed: May 18, 2020<br><br>Special Processing Unit (SPU);42 U.S.C. § 300aa-21(b); Vaccine Rule 10(d); Order Concluding Proceedings |

*Kristy Marie Arevalo, Welebir & McCune, Redlands, CA,* for Petitioner.

*Debra A. Filteau Begley, U.S. Department of Justice, Washington, DC,* for Respondent.

### ORDER CONCLUDING PROCEEDINGS[1]

On April 20, 2020, I issued formal notice that the statutory 240-day period for the special master's issuance of a decision in the above-captioned case had expired. ECF No. 14. In response to this notice, on May 6, 2020, Petitioner filed a Notice to Withdraw Petition, pursuant to 42 U.S.C. § 300aa-21(b). ECF No. 15.

Accordingly, this Order hereby notifies the Clerk of this Court that proceedings on the merits of this petition are now concluded, but no judgment on the merits should enter. *See Hamilton v. Sec'y of Health & Human Servs.*, No. 02-838V, 2003 WL 23218074 (Fed. Cl. Spec. Mstr. November 26, 2003); Vaccine Rule 10(d).

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　s/Brian H. Corcoran
　　　　　　　　　　　　　　　　　　Brian H. Corcoran
　　　　　　　　　　　　　　　　　　Chief Special Master

---

[1] The undersigned intends to post this unpublished order on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.